# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:18-CR-00129-01** |
| **VERSUS** | **JUDGE FOOTE** |
| **JAYMIE WILLIAMS (01)** | **MAGISTRATE JUDGE HANNA** |

## ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the waiver of the objections period (Rec. Doc. 25), this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 31) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Jaymie Williams, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the indictment, consistent with the report and recommendation.

Shreveport, Louisiana, this ⁶ᵗʰ day of September, 2018.


_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE